PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

IN THE UNITED STATES DISTRICT COURT
FOR THE __Eastern__ DISTRICT OF TEXAS
__Tyler__ DIVISION

*CLERK, U.S. RECEIVED APR 02 2018 EASTERN DIST. OF TEXAS*

__Tyrone D. Neal #1433024__
Plaintiff's Name and ID Number

__Michael unit - T.D.C.J__
Place of Confinement __Tennessee Colony, Tx 2664 FM 2054 75886__

CASE NO. __6:18CV152 RWS/JDL__
(Clerk will assign the number)

v.

__Garth A. Parker - Telford unit__
Defendant's Name and Address __3899 State Hwy. 98 New Boston, Tx 75570__

__Rebecca L. Rust - Telford unit 3899 state Hwy. 98__
Defendant's Name and Address __New Boston, Tx 75570__

__Mack A. Adcock - Telford unit 3899 state Hwy. 98__
Defendant's Name and Address __New Boston, Tx 75570__
( DO NOT USE "ET AL.")

__Joshua M. Northcutt - Telford unit 3899 state Hwy. 98 New Boston, Tx 75570__

__Jason Patterson - Telford unit 3899 state Hwy. 98 New Boston, Tx 75570__

__Barbra Neal - Michael unit 2664 FM 2054 Tennessee Colony Tx 75886__

## INSTRUCTIONS - READ CAREFULLY

NOTICE:

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be <u>legibly</u> handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACKSIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at you prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee."  See 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or a initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from you inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked "**NOTICE TO THE COURT OF CHANGE OF ADDRESS**" and shall not include any motion for any other relief. Failure to file a NOTICE OF THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:

   A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ___ YES ✓ NO

   B. If your answer to "A" is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

      1. Approximate date of filing lawsuit: N/A

      2. Parties to previous lawsuit:
         Plaintiff(s) N/A
         Defendant(s) N/A

      3. Court: (If federal, name the district; if state, name the county.) N/A

      4. Cause number: N/A

      5. Name of judge to whom case was assigned: N/A

      6. Disposition: (Was the case dismissed, appealed, still pending?) N/A

      7. Approximate date of disposition: N/A

Rev. 05/15

II. PLACE OF PRESENT CONFINEMENT: Michael unit Tennessee Colony, TX 75886

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?  ✓ YES ___NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: Tyrone D. Neal #1433024
Michael unit, 2664 FM 2054
Tennessee Colony, TX 75886

B. Full name of each defendant, his official position, his place of employment, and his full <u>mailing</u> address.

Defendant #1: Garth A. Parker, Warden II, Telford unit 3899 state Hwy. 98
New Boston, TX 75570

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

responsible for my property that never reached me - reebok, hot pot, lamp, Transcript pgs. commissary, medical pages, family photos, recreational photos - stated "I may not ever see property"

Defendant #2: Rebecca L. Rust CoIV - Telford unit 3899 state Hwy. 98
New Boston, TX 75570

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.

Confiscated night lamp that was legal by way of purchase - re-issue

Defendant #3: Joshua M. Northcutt CoIV - Telford unit - 3899 state Hwy. 98, New Boston, TX 75570
was one of two escort officers that attacked me, knocking me out of my right tennis shoe

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.


Defendant #4: Jason Patterson CoIV - Telford unit 3899 state Hwy. 98, New Boston, TX 75570
was one of two escort officers that attacked me in 10 building 09/05/17, knocking me out of my Tennis shoe.

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #5: Mark A. Abcock - captain - Telford unit - 3899 state Hwy. 98, New Boston, TX 75570

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

was holding video camera when two escorts attacked me knocking me out my shoe, said shoe would be in property once I received my property.

Defendant #6: Barbra Neal CoIV - Michael unit - 2664 FM 2054, Tennessee Colony, TX 75886 Property officer.
Refused to allow me to mail confiscated photos home explanation was she didn't want me to mail photos to my mother.

Rev. 05/15

3

V. **STATEMENT OF CLAIM:**

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how <u>each</u> defendant is involved. <u>You need not give any legal arguments or cite any cases or statutes.</u> If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT. On 09/05/17 @ approx 4:45 pm I had an physical altercation with Sgt. Gonzalez on Telford unit, I was escorted to 10 building for PHD physical by officers CoII J. Northcutt and CoII S. Patterson where in retaliation of previous altercation I was attacked and knocked out of one of my reebok tennis-shoe, after altercation I requested my shoe Captain M. Adcock stated "it'll be in your property when you get your property on 12 building. On the morning of 09/06/17, I was informed that I would be transferred off the Telford unit and placed in Administrated Segregation at the time of my departure Warden II Garth A. Parker ordered me out of my T-shirt, gym shorts and one tennis shoe, when I asked for my other shoe he stated "you may never see any of your property again. Once I received my property on Michael unit I did not get both reebok tennis shoe, hot pot, night light, Transcript pages, medical pages, family photos was missing along with recreational photos commissary missing was 41 soups, 2 black bags of coffee, 1 brown bag, 3 bags corn chips, 3 choc. chip cookies, 1 shampoo, 1 petroleum jelly, 1 bbq chip, 2 Jalapeno chip, 4 mackerels 36 fruit sticks, 11 mint stix. Warden II Garth A. Parker was the head figure in this ordeal so he is accountable for all missing property that did not reach my hands. In a form of retaliation CoII R. Rust took/confiscated my night light stating she was unsure of ownership when I have legit property papers.

VI. **RELIEF:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I am pleading with the court to ensure that I receive compensatory and punitive damages and request that all property that I never received be replaced/reimburst.

VII. **GENERAL BACKGROUND INFORMATION:**

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

Tyrone, "T", T-Crazy

B. List all TDCJ-CID identificaiton numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

#1433024 - #663356

VIII. **SANCTIONS:**

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ____YES ✓ NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

  1. Court that imposed sanctions (if federal, give the district and division): N/A
  2. Case number: N/A
  3. Approximate date sanctions were imposed: N/A
  4. Have the sanctions been lifted or otherwise satisfied?   N/A YES N/A NO

Rev. 05/15

C. Has any court ever warned or notified you that sanctions could be imposed?    ____ YES ✓ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that issued warning (if federal, give the district and division): N/A
   2. Case number: N/A
   3. Approximate date warning was issued: N/A

Executed on: March 29th 2018
              DATE

Tyrone Neal
(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from brining an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this 29th day of March, 20 18.
            (Day)        (month)      (year)

Tyrone Neal
Tyrone Neal
(Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

Rev. 05/15

Tyrone Neal #1433024
JMichael Unit-12F33
2664 FM 2054
Tennessee Colony, TX
75886

U.S. District Clerk's Office
211 W. Ferguson St. Rm 106
Tyler, TX
75702

