IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| TYRONE D. NEAL, #1433024 | § | |
| VS. | § | CIVIL ACTION NO. 6:18cv152 |
| BARBRA NEAL | § | |

FINAL JUDGMENT

The court having considered Plaintiff's case and rendered its decision by opinion issued this same date, it is hereby **ORDERED** that Plaintiff take nothing by his lawsuit and the case is **DISMISSED** without prejudice.

**SIGNED** this the 9 day of **July, 2018.**

_____
Thad Heartfield
United States District Judge